UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA ex rel D.O.
STEPHEN SISSELMAN,

                Plaintiff,                22-cv-861 (PKC)

    -against-                  ORDER

ZOCDOC INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff may file a Second Amended Complaint by Monday, November 20, 2023. Defendant may move to dismiss by January 12, 2024, plaintiff may respond by February 12, 2024, and defendant may reply by February 29, 2024.

        Discovery is stayed pending the hearing and determination of the motion to dismiss.

        SO ORDERED.

                                            *P. Kevin Castel* (signature)
                                            P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       October 20, 2023