UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* STEPHEN SISSELMAN, D.O.,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>ZOCDOC, INC,<br><br>                              Defendant. | Case No.:  1:22-cv-00861-PKC |

**AFFIDAVIT OF EDWARD B. DISKANT IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK   )

EDWARD B. DISKANT, being duly sworn, deposes and says:

1.      I am duly admitted to practice law in the State of New York and am a partner of the law firm of McDermott, Will & Emery LLP, counsel for defendant ZocDoc, Inc. ("Zocdoc") in above captioned matter.

2.      I submit this affidavit in support of Defendant's Motion to Dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

3.      A true and correct copy of Advisory Opinion 19-04, dated September 5, 2019 and provided to Zocdoc on September 10, 2019 ("AO 19-04"), is attached hereto as Exhibit A. A publicly-available version of AO 19-04 (in which, consistent with OIG's standard practice, Zocdoc's identity as the requestor is redacted) is accessible at https://oig.hhs.gov/documents/advisory-opinions/761/AO-19-04.pdf.

-2-

4.      A true and correct copy of a draft transcript of a February 9, 2023 telephone call between Stephen Sisselman, D.O. and a Zocdoc Account Manager is attached hereto as Exhibit B. The draft transcript is believed to be substantially accurate, but the original audio file can be provided upon request.

5.      A true and correct copy of Advisory Opinion 23-04, dated July 6, 2023 and provided to Zocdoc on July 11, 2023 ("AO 23-04"), is attached hereto as Exhibit C. A publicly-available version of AO 23-04 (in which, consistent with OIG's standard practice, Zocdoc's identity as the requestor is redacted) is accessible at https://oig.hhs.gov/documents/advisory-opinions/1127/AO-23-04.pdf.

Dated: January 12, 2024
       New York, New York

                                        */s/ Edward B. Diskant*
                                        Edward B. Diskant

                                        One Vanderbilt Avenue
                                        New York, New York 10017
                                        T: 212 547-5400
                                        F: 212 547-5444
                                        Attorney for Defendant ZocDoc, Inc.

-2-