# EXHIBIT B

Draft Transcript of February 9, 2023 Call between Zocdoc Account Manager and Stephen Sisselman, D.O.

**Stephen Sisselman, D.O.:** Hello.

**[Zocdoc Account Manager]:** Hi. Uh this is [Zocdoc Account Manager] calling from Zocdoc we had some time scheduled. Does now still work for you?

**Stephen Sisselman, D.O.:** Yes. Uh [Zocdoc Account Manager]. Thank you. Can you hold on just one second?

**[Zocdoc Account Manager]:** No problem, yeah.

**Stephen Sisselman, D.O.:** Thank you. Hold on just one sec.

**[Zocdoc Account Manager]:** Of course.

**Stephen Sisselman, D.O.:** Hi, [Zocdoc Account Manager]?

**[Zocdoc Account Manager]:** Hi. Yes.

**Stephen Sisselman, D.O.:** Hey, how are you?

**[Zocdoc Account Manager]:** I'm good, how are you?

**Stephen Sisselman, D.O.:** Good. Thanks for getting back to me. I appreciate it.

**[Zocdoc Account Manager]:** Yeah, of course. Um So I know that we just wanted to hop on the phone and just discuss kind of what your new patient needs look like for uh you know, on a month-to-month basis. Um, so I know that I'm just looking at the calendar, right now you're just accepting existing patients on uh -- but I do still see openings on the calendar. So, wondering uh what the need is there and then we can kind of make a plan, uh, going from there.

**Stephen Sisselman, D.O.:** Definitely. Yeah, thanks. Yeah, we used to um we used to get new patient bookings but then it was becoming expensive, and it was hard to kind of gauge what my -- what my spend was gonna be. So, we -- we kind of took that off. And then I'm still getting, you know, we just did this whole calendar integration. So, I – I know that I'm getting established patients able to book with me and I'm not being -- there's no charge for that, right? I'm not being charged a marketing fee by Zocdoc, right?

**[Zocdoc Account Manager]:** Right. Yeah, that's correct.

**Stephen Sisselman, D.O.:** So, I – I guess my first question is why does Zocdoc charge a marketing fee for new patients but not for established patients?

1

**[Zocdoc Account Manager]:** Yeah. So uh basically our reasoning behind that is, you know, you know that Zocdoc does a lot of marketing to get new patients or patients searching for care to our marketplace. Um and you know, types in the zip code, types in what they need to be seen, and then books with you based off of your reviews and your availability and may not have booked with you otherwise without Zocdoc's help. Alternatively, existing patients know your name, know who you are. We didn't do anything to get the patient through the door for you, so we don't charge for that. So, we just wanna charge for the patients that we bring to you that may not have been able to book with you without uh the help of Zocdoc.

**Stephen Sisselman, D.O.:** OK. So you're doing, I guess it's kind of like advertising for me, right?

**[Zocdoc Account Manager]:** Yeah.

**Stephen Sisselman, D.O.:** Like you're marketing these patients and kind of steering them towards me. And this is -- like it's not a global like I pay this amount per month, it's literally per patient.

**[Zocdoc Account Manager]:** Yeah, so it's per new patient booking. But if you have -- so that's why I wanted to get a sense of the amount of patients that you wanna see in a month because you are able to set a cap and say, ok, I wanna see this amount of patients. I'm gonna set this number. This is what I'm gonna see every month in terms of new patient bookings. And then after I reach that, that cap, I'll just receive those existing patient bookings after that. So if that's something -- because you were saying it was getting a little bit too expensive and it just was like not the right time um to be spending that money if there is a dollar amount or a number of patients that you guys are trying to see on a monthly basis for new patients, we can set that cap so that you don't feel overwhelmed at the end of the month when you see your bill. Um and then of course, if at any point you reach the cap and you're like, actually, I really wanna get a few more patients in there uh before the month end, you can raise the cap uh again. Um and then have that -- and then have that set like that.

**Stephen Sisselman, D.O.:** Ok. So yeah, I was looking, I, I think I remember I once did this on the provider portal on the Zocdoc provider page. That's, that's where I set the stuff, right?

**[Zocdoc Account Manager]:** Yeah, so when you log in, you'll be taken to your dashboard and then when you scroll down, you'll see how much did you spend and that's like a monthly -- you'll be able to see an updated amount, um, as the month goes on, uh, based off of the bookings that you get.

**Stephen Sisselman, D.O.:** Right.

**[Zocdoc Account Manager]:** Right now, it's showing up paused, so you're not spending any money, but you're able to pause that and then also put a dollar amount of how much you would like to spend in the month.

2

**Stephen Sisselman, D.O.:** Ok, I see that. Yeah, that's like halfway down on the page, a little towards the bottom -- that you spent. So that's gonna track how much I did spend. But I see the part with the reviews. I see the bookings, but then there's a section "new patient value," right?

**[Zocdoc Account Manager]:** Yeah.

**Stephen Sisselman, D.O.:** So how does, how does Zocdoc figure what the value of each patient referral is to me?

**[Zocdoc Account Manager]:** Mhm. So that's basically a generalized number of what we hear from other uh doctors in your specialty. And this is the value that we see over the course of 12 months. So right now, uh your average value that, that we've seen um with a -- with this specialty is around $375 over the course of 12 months. Um, of course, if you see that you're able to update this uh and change that number, if you feel like you're receiving more or less. Uh, but basically that's just there to track it for yourself, so that you can kind of keep an eye on it and see how much you're getting um on average from patients from Zocdoc and -- and be able to track that there.

**Stephen Sisselman, D.O.:** All right. So, it looks like, yeah, that $375 number is there. So Zocdoc is kind of making an assumption, based on I guess where I am and my specialty, what I would get from that patient in the first year and then -- but is Zocdoc charging me that number or a different number?

**[Zocdoc Account Manager]:** No. So Zocdoc charges uh for your specialty $37 per new patient booking. So that's just a number that we have seen through research um of the thousands of doctors in the specialty on the platform that we've seen on average that they're receiving from a -- from a patient over the course of 12 months. Of course, of course, uh you are able to update this number um and make it lower or higher if you, it just -- it's -- it's a trackable uh feature for you. Um so that you know what you're receiving uh over the course of 12 months from a Zocdoc patient. That's not a number that you get charged.

**Stephen Sisselman, D.O.:** Wait, I don't understand. So, what am I being charged then?

**[Zocdoc Account Manager]:** So uh so we charge uh for a new patient booking is a fee per new patient booking. For this specialty we charge $37 per new patient booking.

**Stephen Sisselman, D.O.:** That I can't change. So what I can change -- so I could change what I -- what I think I'm receiving per patient per year to try to see what the value is.

**[Zocdoc Account Manager]:** Yes, just so that you can see um you know, this year, I feel like on average, I've received $375 or $400 from uh any given patient that I've seen through Zocdoc, and it's just a feature there so that you can keep track um and make sure that you feel that you're receiving the value uh in comparison to your other patients that you didn't receive on Zocdoc, you're receiving kind of that same value. So, it's there for you to just have that number in mind and be able to look back on it and update it um as -- as needed.

3

**Stephen Sisselman, D.O.:** Oh, so that's the number that I could change the -- I receive per new patients in a year.

**[Zocdoc Account Manager]:** Yes, that's correct. So, you can change that number if you feel like this is not -- something that doesn't pertain to you and it's a different number. So that's -- it's purely for informational purposes so you can keep track of -- of the money that you're receiving and uh we allow you to do that. I'm sure you do that with your own financial records, but we allow you to also do that on here.

**Stephen Sisselman, D.O.:** But Zocdoc's assuming based on their data that that's, let's say roughly the $375 that's prepopulated there.

**[Zocdoc Account Manager]:** Yes. Yeah. Roughly that's what we're seeing um, just based off of the data that we -- we gather uh from, from providers like yourself on the platform.

**Stephen Sisselman, D.O.:** Ok. And, so, what Zocdoc is charging me then, not for -- not for established patients but for new patients? The -- I think it used -- did it used to be $35? I think I remember, now it's $37?

**[Zocdoc Account Manager]:** Yes. So, it used to be $35 a couple of years ago, now it is $37. Um and yeah, so that's what we charge per new patient booking at this time. Uh but so, you know, um we are able to put in some features in there so that you're, you're not spending more money on patients that you feel like are not ending up to be realized. Um and so these are -- are very new features that I think may be helpful. Uh I'm not sure if you had struggles with patients booking uh out of network and getting confused and then coming into the office and actually not being able to be seen um because they, because they have an insurance you don't take. We now offer you to block any out of network patients from booking with you so that, you know, every single time a patient comes in, you're gonna get reimbursed by that insurance. And then we also have a new feature that allows you to upload all of your intake forms of any information that you need from the patient prior to the appointment onto the, onto the profile. Sorry, go ahead.

**Stephen Sisselman, D.O.:** No, no, I'm – I'm – I'm okay.

**[Zocdoc Account Manager]:** -- Onto the profile and you, and then you're, and then the patient is able to actually fill it out on their phone. So we've seen an uptick um, by like 50% of providers getting the information they need prior to the appointment, uh and not having to do all the scramble work to, you know, contact the patient, figure out what they're coming in for, figure out -- confirm the, you know, the insurance information, et cetera. So those are things that we've seen really improve the realized bookings that you're that you're seeing, and so that you don't feel my gosh, I just spent all this money and I feel like I didn't see all of the patients that I spent money for. Um but now we have these things that, that allow you to get just a more locked down patient and, and someone who you have all the information and there's no confusion and, and you're gonna get that reimbursement for the -- for the appointment.

**Stephen Sisselman, D.O.:** Ok. So now when -- when patients currently are looking for me, like they see the -- on the site, but I don't think they see like if they're -- if they -- if they're new, if

4

they never saw me before, then they don't see me. But once I open up my budget and allow --
and then you guys -- so then what exactly do you do? You – you, like, -- what happens on the
Zocdoc site on your end?

**[Zocdoc Account Manager]:** So yeah, so once you open up on the -- uh open up your budget,
we will put your availability out for patients to book. And then from our end, we basically let the
patient know, hey, this provider is now open to new patient bookings, you know, he or she is this
far away from you, they offer these uh appointment slots and then the bookings come in that
way. So uh the way that we kind of uh you know, we do the marketing on our end through the
commercials and various advertising, uh you know, methods.

**Stephen Sisselman, D.O.:** Right.

**[Zocdoc Account Manager]:** But the way that we've seen um our patients book is – is a similar
thing to like Amazon. Do you have a ton of reviews? You guys both have five-star reviews. So
it's really more likely for a patient who's never seen you before um uh and you can see these
reviews and, and you have their availability and then you accept their insurance, we'll book with
you over a provider who doesn't have the same credentials that you do on the site. Uh and so
that's how that works. A patient sees you have great reviews, that you're very close to them, that
you can see them when they -- when they're available as well and they'll book with you. So
that's uh -- and then that when that happens, they come in and you confirm the booking, uh the
patient gets the notification, they get the um -- the uh prompt to fill out all of their intake forms
and we do that automatically over and over again until it's filled out for you so you don't have to
kind of chase after them. We'll just do that for you. Um and then you get all that information
through uh through the profile on the calendar. You'll see -- so basically what you can see there
now with your existing bookings, you can open it up, see the intake information, see their
insurance, see their contact information if you'd like to contact them, and then confirm that
appointment so that the patient knows that a provider is available and that they're ready to be
seen at the time of uh you know, at the time they choose.

**Stephen Sisselman, D.O.:** Ok. So other rather than like a site like Google where I might pay like
a monthly cost for advertising, Zocdoc does it on a per patient basis for the market?

**[Zocdoc Account Manager]:** Yeah. So, this way, you know how many clicks you're getting um
and how much that is actually turning into a real patient. So alternatively, on Google, you pay a
flat rate, you're not sure the kind of turnover of if that patient actually books with you. This
alternatively you're paying for a real patient, they booked with you already, and that's what
you're paying for. So you don't have to pay until the patient actually has already made it on to
your schedule.

**Stephen Sisselman, D.O.:** Oh, I see. So, I don't get charged that $37.50 or $37 unless that
patient basically comes in.

**[Zocdoc Account Manager]:** So, you don't get charged, uh, until that patient books an
appointment, yeah. So, um, yeah, so you don't get charged -- it's not like a flat rate marketing
fee where we're charging you for potential clicks. We're just -- we're charging you for uh, the

5

marketing that we do and we only wanna charge you when the marketing has worked and the patient has booked with you.

**Stephen Sisselman, D.O.:** All right. So, I'm just paying for that marketing for that specific patient.

**[Zocdoc Account Manager]:** That's correct. So that's a $37 for that specific patient. Um and yeah, so there's no kind of uh it's not very ominous. You know what you're paying for, you see the patient's name, you see that they booked, you see that they wanna come in, and that they will come in, so it just makes it very kind of finalized. You know – you know what you're getting, you know what you're, um, paying for.

**Stephen Sisselman, D.O.:** Ok. And then you're basically saying, well, if it's $37 – so you're kind of figuring 1/10 the cost of what I would get for that year is what I would spend for you to market that patient to come see me, basically.

**[Zocdoc Account Manager]:** That's, yeah, that's correct. So, we just charge for that first booking and so we do take into account um the – the – over the course of the year, how much each specialty will get for that patient. So that's how we kind of decide on the varying, um, the varying, uh, marketing fees.

**Stephen Sisselman, D.O.:** Ok. So, you're, like, figuring out what the value of that referral would be for me?

**[Zocdoc Account Manager]:** Exactly. And so, um, we just wanna – we -- we charge you that, that first rate, uh, and we decided on that rate knowing that you'll get a large return on your investment um through the course of 12 months from that patient coming back and -- and not getting charged from for the existing booking when they decide to come in again.

**Stephen Sisselman, D.O.:** Ok.

**[Zocdoc Account Manager]:** Great. So, I can definitely set up -- oh, you go ahead.

**Stephen Sisselman, D.O.:** Well, I was gonna say, you know, I have multiple providers right now. Just my wife and myself are on the platform. Does the cost change if I open up to new patients for just one of us or two of us?

**[Zocdoc Account Manager]:** So, no -- so the cost is uh the same. Uh you can add as many providers or have as many or few providers as you as you would like. Uh it's just kind of a per -- per appointment. So, if you get it uh a booking at $37 if your wife gets a booking, $37 it's just kind of a flat rate and you can add as many providers as you would like. Um, that will always stay the same.

**Stephen Sisselman, D.O.:** Oh ok. So, no matter how many providers or are their profile is on Zocdoc I'm still paying the same per patient fee for that marketing for that patient?

**[Zocdoc Account Manager]:** Yes, that's correct.

**Stephen Sisselman, D.O.:** Ok, I just wanna make sure I get it. Ok, thank you. You've been very helpful.

**[Zocdoc Account Manager]:** No problem.

**Stephen Sisselman, D.O.:** I'm gonna talk to Jill, my partner and we will decide what to do here.

**[Zocdoc Account Manager]:** Ok. Ok, of course. Let me know if you guys wanna hop back on the phone. If you have any more questions, you have my -- oh, sorry, you go ahead.

**Stephen Sisselman, D.O.:** No, no, you've been -- you've been incredibly helpful.

**[Zocdoc Account Manager]:** Thank you. Ok. Thank you. Um yeah, so this is my direct line as well and I'll be your point of contact here at Zocdoc, I'm your account manager. So if the -- if you know, whatever decision you guys make, if you wanna talk it through a little bit more, um we can always hop back on the phone and then if you do decide to come back to the site uh and start marketing for new patients, I'll support you in -- in getting everything set up correctly and making sure that uh you guys are successful in the marketplace.

**Stephen Sisselman, D.O.:** All right, [Zocdoc Account Manager], you've been awesome. Thank you.

**[Zocdoc Account Manager]:** All right. Thank you so much. Have a great day.

**Stephen Sisselman, D.O.:** You too. Bye-bye.