UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA                    Case No.:  1:22-cv-00861-PKC
*ex rel.* STEPHEN SISSELMAN, D.O.,

                              Plaintiffs,       **DECLARATION OF**
                                                **DANIEL J. KAISER**

            v.

ZOCDOC, INC.,

                              Defendant.
--------------------------------------------------------X

**Daniel J. Kaiser**, being duly sworn, declares and affirms the following:

1.      I am Daniel J. Kaiser, a principal in the law firm of Kaiser Saurborn & Mair, P.C., and I submit this declaration in opposition to the defendant's motion to dismiss the second amended complaint.

2.      Attached as Exhibit "A" is a true copy of the Supplemental Statement of Interest in *United States of America, et al. ex rel. Mary Bixler Wood v. Siemens Medical Solutions, USA, Inc. et al.,* 21 Civ. 1947 (MKB), filed on September 23, 2022.

3.      Attached as Exhibit "B" is a true copy of the Supplemental Statement of Interest in *United States of America, Et Al. Ex Rel. Charles Arnstein, Et Al., v. Teva Pharmaceuticals USA, Inc.* filed September 14, 2018.

4.      Attached as Exhibit "C" is a true copy of an email existing within the administrative record of the U.S. Department of Health and Human Services, Office of Inspector General, dated April 12, 2023 and sent to Zocdoc and its counsel, concerning, in relation to Advisory Opinion No. 23-04, a requested certification by Zocdoc that its booking fee is not

"determined in a manner that takes into account the value of Federal health care program referrals or other Federal health care program business generated by Zocdoc for the provider paying the per-booking fees."

5.      For the reasons set forth herein and in the accompanying Memorandum of Law, the relator, Stephen Sisselman, D.O., respectfully requests that the defendants' motion to dismiss be denied in its entirety.

5.      I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
      February 12, 2024

 

                                                /s/
                                    Daniel J. Kaiser, Esq.