# KAISER SAURBORN & MAIR

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

Daniel J. Kaiser
+1.212.338.9100 x317
+1.646.607.9371 fax
kaiser@ksmlaw.com

March 28, 2024

**BY ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: USA *ex rel* Stephen Sisselman v. ZocDoc, Inc.
     Case No.: 22cv00861

Dear Judge Castel:

  I represent the Relator in the above referenced action. Defendant filed a Notice of Supplemental Authority which I do not believe is provided for in the Federal Rules of Civil Procedure and/or the local rules and did not seek leave of the Court.

  In any event, the Relator respectfully requests permission to submit a response to Defendant's post-reply submission.

  Thank you for your time and consideration.

Respectfully submitted,

Daniel J. Kaiser

DJK/sz

Application Granted. File within 7 days of this Order

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
3-28-24