**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.
STEPHEN SISSELMAN, D.O.,

                          Plaintiff,

     -against-                                    22 **CIVIL** 0861 (PKC)

                                                         **<u>JUDGMENT</u>**

ZOCDOC, INC.,

                         Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 26, 2024, the motion is dismiss is GRANTED. (ECF 30.) Judgment entered for defendant.

**Dated:**  New York, New York

       September 27, 2024

                                                                  **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**

                                         **BY:**

                                                                   **Deputy Clerk**